IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GERALD FELTON, :
      Plaintiff, : 1:19-cv-0472
 :
v. : Hon. John E. Jones III
 :
UNITED STATES OF AMERICA, :
      Defendant :

# ORDER

**March 27, 2020**

NOW THEREFORE, upon consideration of Defendant's motion (Doc. 12) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 12) to dismiss Plaintiff's FTCA contaminated water claim pursuant to Federal Rule of Civil Procedure 12(b)(1) is GRANTED. The contaminated water claim is dismissed in its entirety.

2. Defendant's motion (Doc. 12) for summary judgment on Plaintiff's FTCA disruption of water claim is GRANTED.

3. The Clerk of Court is directed to ENTER judgment in favor of Defendant and against Plaintiff on the FTCA disruption of water claim.

4. The Clerk of Court is further directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge
